Meghan O. Lambert
CA Bar ID No.: 258040
Osterhout Berger Disability Law
521 Cedar Way, Suite 200
Oakmont, PA 15139
Telephone: (412) 794-8003
Facsimile: (412) 794-8039
meghan@mydisabilityattorney.com
Attorney for Plaintiff, Frank Uvalles Rodriguez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| FRANK UVALLES RODRIGUEZ,<br><br>   Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>   Defendant. | Case No.: 2:19-cv-00158-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME FOR PLAINTIFF TO FILE HIS OPENING BRIEF |

  IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Plaintiff shall have an extension of time of thirty (30) days to file his ~~Opening Brief~~ motion for summary judgment and/or remand, which will concomitantly extend the other deadlines in the Court's Scheduling Order (Dkt. 3). This is Plaintiff's first request for extension to file his Opening Brief.

  There is good cause for this request. This case is an appeal of Defendant's denial of Plaintiff's claim for Social Security Disability benefits; Plaintiff intends on raising several fact-intensive issues as assignments of error. Defendant has filed the certified administrative transcript,

which is over 1,700 pages in length. Based on the extensive record and the nature of the errors raised, the parties hereby stipulate that Plaintiff shall have an extension of thirty (30) days in order to fully present the issues and relevant facts. Based on the Court's Scheduling Order, the due dates on the subsequent briefing will be modified accordingly.

Respectfully submitted,

Dated: June 4, 2019 */s/ Meghan Lambert*
MEGHAN LAMBERT
Osterhout Berger Disability Law, LLC
Attorney for Plaintiff

Dated: June 4, 2019 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX,
Social Security Administration

By: */s/Michal K. Marriott*
(*as authorized by email on June 3, 2019)
Michael K. Marriott
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: June 6, 2019

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE