McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANK UVALLES RODRIGUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil No. 2:19-cv-00158-EFB <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |

     IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 30 days to file her motion for summary judgment. Defendant respectfully requests this extension of time because of a very heavy caseload, including nine other district court due within the next month, as well a Ninth Circuit responsive brief to complete within the same timeframe.

Stip. to Extend Def.'s MSJ

The new due date for Defendant's MSJ will be Wednesday, October 9, 2019.

Respectfully submitted,

Date: *September 10, 2019*          OSTERHOUT BERGER DISABILITY LAW

By:    */s/ Meghan O. Lambert**
       MEGHAN O. LAMBERT
       * *By email authorization on September 10, 2019*
       Attorney for Plaintiff

Date: *September 10, 2019*          McGREGOR W. SCOTT
                                    United States Attorney

By:    */s/ Michael K. Marriott*
       MICHAEL K. MARRIOTT
       Special Assistant United States Attorney
       Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: September 12, 2019.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ