McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| FRANK UVALLES RODRIGUEZ, | ) | Civil No. 2:19-cv-00158-EFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ~~PROPOSED~~ ORDER** |
| | ) | **FOR A THIRD EXTENSION OF TIME** |
| v. | ) | **FOR DEFENDANT TO FILE HER MSJ** |
| | ) | |
| ANDREW SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 14 days to file her motion for summary judgment. After reviewing Plaintiff's MSJ and the certified administrative record, the undersigned believes that this case may warrant voluntary remand. Defendant therefore respectfully requests this time to attempt to secure remand authority.

Stip. to Extend Def.'s MSJ

1

The new due date for Defendant's MSJ or any remand stipulation will be Wednesday, October 23, 2019.

Respectfully submitted,

Date: *October 9, 2019*          OSTERHOUT BERGER DISABILITY LAW

By:  */s/ Meghan O. Lambert*  
MEGHAN O. LAMBERT  
*\* By email authorization on October 9, 2019*  
Attorney for Plaintiff

Date: *October 9, 2019*          McGREGOR W. SCOTT  
United States Attorney

By:  */s/ Michael K. Marriott*  
MICHAEL K. MARRIOTT  
Special Assistant United States Attorney  
Attorneys for Defendant

Of Counsel  
Jeffrey Chen  
Assistant Regional Counsel  
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

DATED: October 15, 2019

_____  
HONORABLE EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE

Stip. to Extend Def.'s MSJ