McGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FRANK UVALLES RODRIGUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ANDREW SAUL, ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | Civil No. 2:19-cv-00158-EFB <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |

    IT IS HEREBY STIPULATED, by and between Frank Uvalles Rodriguez (Plaintiff) and Andrew Saul, Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to reevaluate Plaintiff's symptoms; reassess his residual functional capacity, with the assistance of a medical

1

| | |
|---|---|
| 1 | expert, as needed, and proceed with the sequential evaluation with the assistance of a vocational |
| 2 | expert, as necessary.  The vocational expert indicated that only two jobs existed for an individual |
| 3 | with Plaintiff's residual functional capacity; on remand, the ALJ should confirm that the jobs |
| 4 | cited at step five represent a significant number of jobs in the national economy. |

Respectfully submitted,

Date: *October 23, 2019*    OSTERHOUT BERGER DISABILITY LAW

By: */s/ Meghan O. Lambert\**
MEGHAN O. LAMBERT
*\* By email authorization on October 23, 2019*
Attorney for Plaintiff

Date: *October 23, 2019*    McGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

The clerk is directed to enter judgment in plaintiff's favor.

DATED:  October 23, 2019.

HONORABLE EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE