1  MCGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL, CSBN 230138
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  MICHAEL K. MARRIOTT, CSBN 280890
5  Special Assistant United States Attorney
      160 Spear Street, Suite 800
6     San Francisco, California 94105
7  Tel: (415) 977-8985
   Fax: (415) 744-0134
8  E-mail: Michael.Marriott@ssa.gov
9  Attorneys for Defendant

10 Meghan O. Lambert, Esq.
11 Osterhout Berger Disability Law, LLC
   521 Cedar Way, Suite 200
12 Oakmont, PA 15139
13 Phone: 412-794-8003
   Meghan@mydisabilityattorney.com
14 CA Bar ID: 258040
15 Attorney for Plaintiff, Frank Uvalles Rodriguez

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK UVALLES RODRIGUEZ, | Case No. 2:19-cv-00158-EFB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA) 28 U.S.C. § 2412(d) |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of TEN THOUSAND, TWO HUNDRED DOLLARS and 00/100 ($10,200.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and costs in the amount of FOUR HUNDRED DOLLARS ($400.00), to be paid separately from the Judgment Fund. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel. Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel, Meghan O. Lambert.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of TEN THOUSAND, TWO HUNDRED DOLLARS and 00/100 ($10,200.00) in EAJA attorney fees and FOUR HUNDRED DOLLARS ($400.00) in costs to be paid separately from the Judgment Fund. These payments shall constitute a complete release from, and bar to, any and all claims that Plaintiff and

Plaintiff's attorney, Meghan O. Lambert, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: January 17, 2020 /s/ Meghan O. Lambert
MEGHAN O. LAMBERT
Attorney for Plaintiff

Dated: January 17, 2020 MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: /s/ Michael K, Marriott*
MICHAEL K. MARRIOTT
Special Assistant U.S. Attorney
Attorneys for Defendant
(*Permission to use electronic signature obtained via email on 1/17/2020).

SO ORDERED.

DATE: January 22, 2020.

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge